UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARILYN MOORE *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-00410-JRG-HBG |
| | ) | |
| WESTGATE RESORTS, LTD. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on the Joint Motion Dismissing without Prejudice Plaintiffs Robert Self and Doris Lashay Smith [Doc. 41]. The motion is **GRANTED**.

So ordered.

ENTER:

                              s/J. RONNIE GREER
                              UNITED STATES DISTRICT JUDGE