UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| MARILYN MOORE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 3:18-CV-00410-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| WESTGATE RESORTS LTD., L.P. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

The parties filed a Joint Motion to Stay Deadlines and Continue Trial [Doc. 181] requesting the Court to stay all unexpired deadlines pending the Court's decision on the Plaintiffs' Motion to Certify Class [Doc. 124]. A telephonic conference was held on October 22, 2020 to address this motion and to consider a timing schedule.

The Court initially declined to stay the case. However, after further consideration and review, the Court has determined that a stay is appropriate at this time. At the telephonic conference, the Court informed counsel for both Plaintiffs and Defendants of this decision, and all were in agreement.

Therefore, this case is hereby **STAYED** until further notice. The trial set on February 8, 2021, and the final pretrial conference are **CANCELED**. The Court will set a scheduling conference immediately upon the resolution of the pending motions.

SO ORDERED:

                                                                    s/ Clifton L. Corker
                                                                    United States District Judge